IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL O. ARAOYE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 19-0719 |
| THE CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this __3rd__ day of March, 2020, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 25), **IT IS HEREBY ORDERED AND DECREED** that the request is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall respond to the Amended Complaint on or before **Tuesday, March 17, 2020**.

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, U.S.D.J.