United States District Court for the

_Eastern_District of ____Pennsylvania_____ _____

RE: Samuel Araoye v. City of Philadelphia, et al

Interlocutory Appeal Case Number: 22-2638

District Court Case Number: 2-19-cv-00719

**Interlocutory Appeal: Appealing Order per ECF 212 located at District Court Case Number: 2-19-cv-00719**

Samuel O. Araoye ,

Appellant

v.

City of Philadelphia, et al , Appellees

- ❖ <u>Subject Matter:</u>

    - o The Appellant (Samuel O. Araoye) hereby appeals Order ECF 212 because it failed to address the content of ECF 211 as filed by the Appellant (Plaintiff), Samuel O. Araoye, in which ECF 211 was only requested that a hearing be scheduled regarding the filed motions for Summary Judgment WITHOUT any mention of the Appellee (Defendant)'s possible request for extension. Whereas, the denial, according to the Order ECF 212, is based on *"Plaintiff's Motion for Hearing Per Motions for Summary Judgement Opposing Defendant's Request for Extension (ECF No. 211)."* Whereas, the Appellant, Samuel O. Araoye (being the Plaintiff in the District Court's matter of 19-cv-00719) did NOT mention any opposition to the *"…Defendant's Request for Extension…"* Whereas, prior District Court's Orders at ECFs 204 and 209 already addressed the issue of possible *"…Defendant's Request for Extension…"*, in which the Order ECF 209 particularly specified in the footnote that *"Defendant never made a request for extension to the Court and filed a timely supplemental brief (ECF No. 202)."* Hence, the Appellant (Plaintiff) did not mention any opposition to the Appellee (Defendant)'s possible request for extension in motions at ECFs 210 and 211.

    - o ECF 211 is pleading that the District Court should hold a hearing regarding Motions for Summary Judgement, but the District Court's Order only reiterated on the fact that the Appellant (Plaintiff)'s earlier Motion that opposes possible Appellee (Defendant)'s extension request, despite the fact that the Appellant (Plaintiff) did

NOT even mention any possibility of the Appellee (Defendant)'s Request for Extension (ECFs 210 and 211). In fact, ECF 208 is a clerical error on the part of Clerk of Court, in that the Appellant did not ask for ECF 203 to be reiterated or duplicated (let alone having it repeated in the dockets… ECF 208), especially after Order ECF 204 already denied the earlier Motion made by the Appellant (Plaintiff) on the same issue of possible extension request by the Appellee (Defendant). Whereas, the Appellee (Defendant) actually requested an extension via email (please see the attached Exhibits), which was what prompted the Appellant (Plaintiff)'s ECF 203. Additionally, ECF 209 also specified that the Appellee (*"Defendant"*) did not ask for any extension. Hence, the Appellant (Plaintiff) did not make any subsequent mention of any opposition to any possible extension request by the Appellees (Defendants), especially after the District Court already ruled against the Plaintiff (Appellant)'s earlier Motion on the same subject matter. Please see the Exhibits below in this document of interlocutory appeal.

- o The Order ECF 212 also did not address the Appellant (Plaintiff)'s request at ECF 210, which is asking that the District Court should grant the Appellant (Plaintiff)'s Motion for Summary Judgment as a matter of law, and especially based on factual facts that the Appellant mapped out at ECFs 148, 160, 206, and 210, as well as the Joinder at ECF 109, among other pertinent dockets.

❖ <u>Appellate Jurisdiction:</u> **Patent, "Little Tucker Act" and Claims Court Transfer Cases**
Appeals in patent and "Little Tucker Act" cases (28 U.S.C. §§ 1295(a)(1)-(2)) from certain

interlocutory orders in these cases (28 U.S.C. § 1295(c)), and from orders transferring or refusing to transfer cases to the United States Claims Court (28 U.S.C. § 1292(d)(4)(B)), go to the United States Court of Appeals for the Federal Circuit. Also see 42 U.S.C. § 247d-6d(e)(10), especially per emotional distress, acute depression, and incessant psychological traumas being caused by the Appellees (Defendants) to the Appellant (Plaintiff) in this matter of 19-cv-00719, which is greatly causing procedural errors being made by the **Appellant (Plaintiff)** in this litigation process. And the Appellees (Defendants) are still not showing any iota of remorse per wrongfulness of blatant racial discrimination against the **Appellant/Plaintiff** (…this is so shocking to conscience), even as we speak, especially during this ongoing litigation process, since 2018.

This is to notify all parties and this Honorable Law-Court that the Appellant (Plaintiff) has filed Motion for Interlocutory Appeal regarding this matter per Appeal Case# 22-2638. The Appellant (Plaintiff) is hereby pleading with this Honorable Law-Court to accept this appeal as an interlocutory appeal, due to the facts that the Court orders being appealed are already prejudicial, even before the trial, as not having proper captions as indicated by the Appellant (Plaintiff)'s original proposed order per granted amendments at ECF 25 (page 16), as well as at ECF 32 (page 9), is already causing damage to this case, even before the Jury-Trial that it is slated for. And not using proper caption would definitely confuse the members of the jury, as well as other fact finders in this matter.

Humbly Submitted,

Samuel O. Araoye, Pro Se Counsel to the Appellant (Plaintiff).

@Veteran of the United States Army

**Exhibits:**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SAMUEL O. ARAOYE, Plaintiff, | CIVIL ACTION |
|---|---|
| v. | |
| CITY OF PHILADELPHIA, Defendant. | NO. 19-719 |

**ORDER**

AND NOW, this 21st day of October, 2022, upon consideration of Plaintiff's Motion for Hearing Per Motions for Summary Judgement Opposing Defendant's Request for Extension (ECF No. 211), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
WENDY BEETLESTONE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL O. ARAOYE, <br> Plaintiff, | CIVIL ACTION |
| v. | |
| CITY OF PHILADELPHIA, <br> Defendant. | NO. 19-719 |

### ORDER

AND NOW, this 13th day of October, 2022, upon consideration of Plaintiff's Motion Opposing Defendant's Request for Extension (ECF No. 208), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
WENDY BEETLESTONE, J.

---

[1] Defendant never made a request for extension to the Court and filed a timely supplemental brief (ECF No. 202).



Good afternoon Attorney Okakpu;

While the Plaintiff appreciates the Defendants' updates regarding this matter, the Plaintiff, Samuel O. Araoye, however is objecting and opposing to the Defendants' request for any extension in presenting supplemental brief per Court Order at ECF 197, as the Employer-Defendant and one of the state actors in this matter of 19-cv-00719 (Samuel O. Araoye v. Noreen Skirkie et al) , "City of Philadelphia", actually has a league of Attorneys at its disposal. And if truly true that the Law Department in the City of Philadelphia is indeed and truthfully understaffed, the City of Philadelphia has more than enough financial resources to outsource its legal tasks in this matter.

In the light of the above, kindly ask the Defendants to comply, as a matter of law, with the Court Order per ECF 197 in a timely manner, without any further delay to this case, as there has been incessant delays caused by the Defendants all along, since the beginning of this matter in February of 2019. And the retired Honorable Judge Petrese B. Tucker has been overly lenient to the Defendants in this matter (including obvious seeming collusion with the Defendant), and by extension of Case reassignment, Honorable Judge Wendy Beetlestone has been so lenient with the Defendants as well, and even seeming collusion with the Defendant, especially where it matters most for fairness of justice, especially to such case as this, that is involving intentional and willful racial discrimination that is shocking to conscience, as even done to the Plaintiff, Samuel O. Araoye, being a black person and a military veteran that served in the United States 🇺🇸 Army with Honorable Discharge. Hence, no more delays would be accommodated by the Plaintiff, and it is constitutionally expected that the Judiciary System would follow suit, by doing the right thing in this matter.

The Plaintiff would appreciate if Honorable Judge Wendy Beetlestone also disallow the Defendants' request for extension in this matter.

Justice Delayed is Justice Denied; Justice Denied in a prejudicial manner that is shocking to conscience, is fundamentally increasing intentional and willful racial discrimination and related crimes to humanity.

Thanks.

Sincerely,

Samuel O. Araoye, Pro Se Counsel to the Plaintiff.
@Veteran of the United States 🇺🇸 Army

On Tue, Sep 27, 2022, 11:22 AM Elizabeth Okakpu <Elizabeth.Okakpu@phila.gov> wrote:

> Mr. Araoye,
>
> As you are aware, Judge Beetlestone filed an order (ECF No. 197) on September 22nd indicating the City file a supplemental brief to its Motion for Summary Judgment by Monday, October 3rd, and giving you the opportunity to respond within 10 days after the City's submission. Our office is currently understaffed and extremely busy, thus I will be requesting a 7 day extension until October 10th to file the City's brief. Please let me know if you agree or oppose this request. The Judge has asked in her policies and procedures that the requesting party include the opposing party's position on extension requests.
>
> Best,
>
> Elizabeth Okakpu
>
> Elizabeth U. Okakpu, Esq.
> *Assistant City Solicitor, Labor & Employment Unit*
> City of Philadelphia Law Department
> 1515 Arch Street, 16th Floor

8

← 203-main.pdf

Case 2:19-cv-00719-WB   Document 203   Filed 10/03/22   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL O. ARAOYE :

: CIVIL ACTION

Plaintiff, : No.: 2:19-cv-0719
:

v. :

:

CITY OF PHILADELPHIA, et al. :

:

Defendants. :

**MOTION OPPOSING EMPLOYER-DEFENDANT (CITY OF PHILADELPHIA)'S REQUEST FOR EXTENSION PER ECF 197, AS WELL AS ECF 200**

9

← 208 copy of MOTION OPPOSING EMPLOYER-DEFENDANT (CITY O...

Case 2:19-cv-00719-WB   Document 208   Filed 10/11/22   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL O. ARAOYE                         :
                                         :   CIVIL ACTION
Plaintiff,              :   No.: 2:19-cv-0719
                        :
v.                      :
                                         :
CITY OF PHILADELPHIA, et al.             :
                                         :
Defendants.             :

**MOTION OPPOSING EMPLOYER-DEFENDANT (CITY OF PHILADELPHIA)'S REQUEST FOR EXTENSION PER ECF 197, AS WELL AS ECF 200**