IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL O. ARAOYE,**<br>    **Plaintiff,**<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  19-719** |

## O R D E R

**AND NOW**, this 31st day of October, 2022, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 147 and 148) and Defendant's Motion for Summary Judgment (ECF No. 149) and Plaintiff's Response thereto (ECF No. 160), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.  The Clerk of Court is ordered to terminate the case.

**BY THE COURT:**


**/s/Wendy Beetlestone, J.**
_____
**WENDY BEETLESTONE, J.**