TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: __EASTERN PENNSYLVANIA__        __PHILADELPHIA__
                     (District/state)                 (Location)

U.S. TAX COURT [ ]                    Circuit Court
(Full Caption of District Court Case)  Docket Number: _____

                                      District Court or
                                      Tax Court
                                      Docket Number: __19 cv 719__

         vs.

                                      District Court or
                                      Tax Court
                                      Judge         : _____

Notice is hereby given that __SAMUEL O. ARAOYE__
                                    (NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [✓] JUDGMENT            [✓] ORDER

[✓] OTHER (specify): __Memorandum of opinion ECF 218__

entered in this action on __10-31-2022__
                              (Date)

DATED: __11-21-2022__

__SAMUEL O. ARAOYE, pro se__              _____
Counsel for Appellant -signed              Counsel for Appellee

__SAMUEL O. ARAOYE__                       _____
Named of Counsel- Typed or printed         Address

__10606 SR 3004__                          _____
Address

__Springville, PA 18844__                  _____

__267-428-9916__                           _____
Telephone Number or US Govt FTS            Telephone Number or US Govt FTS

Note Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)